# United States Court of Appeals
## For the First Circuit

No. 25-8013

RAY PELTIER,

Plaintiff - Petitioner,

v.

LEPAGE BAKERIES PARK STREET, LLC; CK SALES CO., LLC; FLOWERS FOODS, INC.,

Defendants - Respondents.

Before

Barron, <u>Chief Judge</u>,
Gelpí, and Montecalvo, <u>Circuit Judges</u>.

**JUDGMENT**

Entered: October 7, 2025

Pursuant to 28 U.S.C. § 1292(b), the district court certified that a previously entered order granting defendant-respondents' motion to compel arbitration "involves a controlling question of law as to which there is substantial ground for difference of opinion" and "that an immediate appeal from the order may materially advance the ultimate termination of the litigation." Plaintiff-petitioner then filed a petition for permission to appeal with this court. Defendant-respondents opposed the request. <u>See</u> <u>generally</u> Fed. R. App. P. 5.

We express no view whatsoever as to relevant issues, but, having considered the district court's ruling and the parties' filings with this court, we conclude that review is in order. The petition for permission to appeal is granted, and the arbitration ruling at district court docket number 15 is certified for appeal. The appeal shall proceed as Appeal 25-1956. All papers filed in Appeal 25-8013 will be treated as if also filed in Appeal 25-1956. A briefing schedule will be entered in due course.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Hon. John J. McConnell
Hanorah Tyer-Witek, Clerk, United States District Court for the District of Rhode Island
Benjamin Caldwell Rudolf
Darren Griffis
Sarah Varney
Traci L. Lovitt
Frederick B. Finberg
Peter Bennett
Amanda Kelly Rice
Matthew W. Lampe
Timothy J. Bradley